UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:06-CR-74 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| JOHN MCGRIFF | ) | |
| | ) | |

# ORDER

On September 19, 2006, the government filed a motion requesting this Court to order a psychosexual evaluation of Defendant John McGriff ("Defendant"), as recommended by the United States Probation Office (Court File No. 10). On September 29, 2006, Defendant filed a response in opposition to the government's motion, alleging the test violates his rights under the First, Fourth, Fifth and Sixth Amendments to the United States Constitution (Court File No. 11). On October 5, 2006, the government filed a reply to Defendant's response, withdrawing its request to compel the exam (Court File No. 12). Since the government has withdrawn its motion to compel a pre-sentence psychosexual evaluation on Defendant, the Court **DENIES** the government's motion (Court File No. 10) as moot.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**